UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARCOS ANTONIO LABORDE CASALLAS,

Petitioner,

v. Case No.: 2:26-cv-2137-SPC-KRH

GARRETT RIPA *et al.*,

Respondents,

______________________________/

**OPINION AND ORDER**

Before the Court are Marcos Antonio Laborde Casallas's Emergency Motion for a Temporary Restraining Order and to Enforce This Court's Release Orders (Doc. 17) and the government's response (Doc. 19).

Laborde Casallas is native of Cuba who entered the United States in October 2022. He has no criminal history. On November 6, 2025, Immigration and Customs Enforcement detained Laborde Casallas when he appeared for a check-in appointment. On July 31, 2026, this Court granted Laborde Casallas's habeas petition and ordered the government to afford him a bond hearing with certain guardrails or release him. The government held a bond hearing, but it did not comply with the Court's guidelines. As a result, the Court ordered the government to release Laborde Casallas under reasonable conditions of supervision. The government complied.

One of the conditions of supervision imposed is apparently regular in-person reporting with Immigration and Customs Enforcement (ICE). Laborde Casallas has such a check-in appointment scheduled today, August 27, 2026. He asks the Court to enjoin ICE from re-detaining him at the appointment. In response, the government argues the claim Laborde Casallas asserts here is not ripe. The Court agrees. The harm Laborde Casallas seeks to remedy—an unlawful return to detention—is speculative. There is nothing improper about ICE requiring check-in appointments as a condition of supervision, and there is no indication ICE intends to arrest Laborde Casallas during the appointment. What is more, the Court cannot pre-judge the legality of a hypothetical re-detention based on the record before it. Accordingly, Laborde Casallas's motion (Doc. 17) is **denied**. Laborde Casallas can file a new motion if ICE detains him in violation of the Constitution or federal law.

**DONE AND ORDERED** in Fort Myers, Florida on August 27, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record